UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

CHASTITY VALDEZ,

    Plaintiff,

v.        Civ. No. 20-1263 RB/GJF

KILOLO KIJAKAZI,
*Commissioner of the*
*Social Security Administration*,

    Defendant.

## ORDER ON UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES

THIS MATTER is before the Court upon Plaintiff's "Unopposed Motion for Extension" [ECF 25] ("Motion"). The Court, having reviewed the record and noting the concurrence of the parties, finds that the Motion is well taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's Unopposed Motion for Extension shall be filed no later than **September 1, 2021**; Defendant's response shall be filed no later than **November 1, 2021**; Plaintiff's reply, if any, shall be filed no later than **November 15, 2021**.

    **SO ORDERED.**

_____
HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE